*PARRA VICTOR*
PLAINTIFF/PETITIONER/MOVANT'S NAME
*P-58682*
PRISON NUMBER

*Richard J. Donovan Correctional Facility*
PLACE OF CONFINEMENT
*P.O. Box. 799002*
*San Diego CA. 92179*
ADDRESS

| 2254 | 1983 ✓ |
|---|---|
| FILING FEE PAID | |
| Yes | No ✓ |
| IFP MOTION FILED | |
| Yes | No ✓ |
| COPIES SENT TO | |
| Court ✓ | ProSe ✓ |

FILED
2008 JAN 31 PM 2: 32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

# United States District Court
## Southern District Of California

**'08 CV 0191 H CAB**

*PARRA VICTOR*,
Plaintiff/Petitioner/Movant

v.

*R. HERNANDEZ et.al.*,
Defendant/Respondent

Civil No.
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, *PARRA VICTO  P-58682*,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution? ☐ Yes ☒No
    Do you receive any payment from the institution? ☐ Yes ☒No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                      K:\COMMON\FORMS\CIV-67

2. Are you currently employed?  ☐ Yes  ☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *N-A*

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *NONE*

3. In the past twelve months have you received any money from any of the following sources?:

a. Business, profession or other self-employment  ☐ Yes  ☒ No
b. Rent payments, royalties interest or dividends  ☐ Yes  ☒ No
c. Pensions, annuities or life insurance  ☐ Yes  ☒ No
d. Disability or workers compensation  ☐ Yes  ☒ No
e. Social Security, disability or other welfare  ☐ Yes  ☒ No
e. Gifts or inheritances  ☒ Yes  ☐ No
f. Spousal or child support  ☐ Yes  ☒ No
g. Any other sources  ☐ Yes  ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. *Gift 50 dollars. I expect no more gives. received and Confiscated on 12-21-07*

4. Do you have any checking account(s)?  ☐ Yes  ☒ No
a. Name(s) and address(es) of bank(s): *N-A*
b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes  ☒ No
a. Name(s) and address(es) of bank(s): *N-A*
b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No
a. Make: _____ Year: _____ Model: *N-A*
b. Is it financed? ☐ Yes  ☐ No
c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes    ☒ No
   If "Yes" describe the property and state its value. _____ *N—A* _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____ *NONE* _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   _____ *Restitution of 10,000 $* _____
   _____
   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____ *NONE* _____
    _____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _____
    _____
    _____ *N—A* _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_____ *1—23—2008* _____        _____ *Victor Parra* _____
        DATE                                SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant _Victor Parra, Jr._,
(NAME OF INMATE)

_P58682_,
(INMATE'S CDC NUMBER)

has the sum of $_θ_ on account to his/her credit at _Richard J. Donovan Correctional Facility_
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _N/A_

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

the past six months the applicant's *average monthly balance* was $_θ_

and the *average monthly deposits* to the applicant's account was $_θ_

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT
STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD
IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

_12-10-2007_
DATE

_C. Rodriguez_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_C. Rodriguez_
OFFICER'S FULL NAME (PRINTED)

_Account Clerk II_
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)                    -4-                    K:\COMMON\FORMS\CIV-67

# INMATE REQUEST FOR
## CERTIFIED STATEMENT OF TRUST ACCOUNT

I, _VICTOR PARRA JR_ , _P-58682_ , _F2-7-110_
Name:                    CDC #:              Housing Unit

am seeking to bring a civil action or appeal a judgment in
_writ of Mandate_ without prepayment of fees
Title of the Court: (i.e. U. S. District Court)

**(In Forma Pauperis)** pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

_Parra Victor JT._ v. _R. Hernandez_
Plaintiff:                    Defendant:

Address of the Court:    _California Superior Court_
_San Diego County_

_P.O. Box. 122724_

_San Diego CA. 92112-2724_

In order to proceed, a certified copy of my Trust Fund Account
must be submitted to the court of jurisdiction. I understand
that CDC regulations and the court require that the certified
copy be submitted directly to the Court from the Institution's
Accounting office. I request a statment be sent to the court.

_Victor Parra JR._
Inmate Signature:

━━━━━━━━━━━━━━━━━━━━━━◆━━━━━━━━━━━━━━━━━━━━━━

This form must be submitted to the Central Librarian who will log
the request in and forward the form to the Accounting office at
the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was
received in the Central Library on, _11/28/07_ ,
Date:

by _[signature]_
Name of Librarian who logged request

━━━━━━━━━━━━━━━━━━━━━━◆━━━━━━━━━━━━━━━━━━━━━━

A Certified Statement Of Trust Account for a six month period
from _5-01-07_ through _12-10-07_ for the above
Date:                    Date:

identified inmate was processed through the Accounting Office at
the Richard J. Donovan Correctional Facility
on, _12-10-07_ , by _C. Rodriguez_
Date:                Name of person processing

I, _C. Rodriguez_ declare that on, _12-10-07_ , I
Name of person processing              Date:

deposited the Certified Statement of Trust Account in the United
States Postal Service addressed as follows.

Signed: _C. Rodriguez_
Signature of employee mailing statement

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Victor Parra P-58682_____, request and authorize the agency holding me in
    (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a

certified copy of the statement for the past six months of my trust fund account (or institutional equivalent)

activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my

trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to

this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-

10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California,

and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which

I am obligated is either □ $250 (civil complaint) or □ $5 (habeas corpus petition) (check one). I also

understand that this fee will be debited from my account regardless of the outcome of this action. This

authorization shall apply to any other agency into whose custody I may be transferred.

_1-23-2008_____        _Victor Parra_____
DATE                                          SIGNATURE OF PRISONER

```
REPORT ID: TS3030 .701                              REPORT DATE: 12/10/07
                                                        PAGE NO:      1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: MAY  01, 2007 THRU DEC. 10, 2007

ACCOUNT NUMBER : P58682                    BED/CELL NUMBER: F20700000000110L
ACCOUNT NAME   : PARRA JR, VICTOR             ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                        TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>
```

### CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 10/17/2006 | H110 | COPIES HOLD | 1584/OCT06 | 4.65 |
| 10/17/2006 | H110 | COPIES HOLD | 1584/OCT06 | 1.95 |
| 10/18/2006 | H110 | COPIES HOLD | 1593/AUG06 | 2.70 |
| 10/18/2006 | H110 | COPIES HOLD | 1593/AUG06 | 3.10 |
| 10/18/2006 | H110 | COPIES HOLD | 1593/AUG06 | 5.30 |
| 10/18/2006 | H110 | COPIES HOLD | 1593/AUG06 | 7.20 |
| 10/18/2006 | H110 | COPIES HOLD | 1593/AUG06 | 4.45 |
| 02/05/2007 | H110 | COPIES HOLD | 3225/JAN07 | 2.20 |
| 02/05/2007 | H110 | COPIES HOLD | 3225/SEP06 | 2.05 |
| 02/05/2007 | H110 | COPIES HOLD | 3225/SEP06 | 6.50 |
| 02/05/2007 | H110 | COPIES HOLD | 3225/SEP06 | 2.90 |
| 02/05/2007 | H110 | COPIES HOLD | 3225/DEC06 | 1.75 |
| 02/05/2007 | H110 | COPIES HOLD | 3225/DEC06 | 0.80 |
| 02/05/2007 | H110 | COPIES HOLD | 3225/JAN07 | 2.30 |
| 02/13/2007 | H110 | COPIES HOLD | 3367/JAN07 | 24.25 |
| 02/27/2007 | H110 | COPIES HOLD | 3548/FEB07 | 2.10 |
| 03/28/2007 | H110 | COPIES HOLD | 4041/FEB07 | 0.50 |
| 03/28/2007 | H110 | COPIES HOLD | 4041/MAR07 | 1.70 |
| 04/20/2007 | H110 | COPIES HOLD | 4373/MAR07 | 50.00 |
| 05/17/2007 | H110 | COPIES HOLD | 4876/MAY07 | 1.45 |
| 05/17/2007 | H110 | COPIES HOLD | 4876/MAY07 | 6.45 |
| 06/25/2007 | H110 | COPIES HOLD | 5561/JUN07 | 3.30 |
| 06/25/2007 | H110 | COPIES HOLD | 5561/JUN07 | 4.00 |
| 06/25/2007 | H110 | COPIES HOLD | 5561/JUN07 | 1.70 |

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 143.30 | 0.00 |

```
THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED          CURRENT
BY THIS OFFICE.                              AVAILABLE
ATTEST:        12-10-07                        BALANCE
CALIFORNIA DEPARTMENT OF CORRECTIONS        ------------
                                               143.30-
BY                                          ------------
     TRUST OFFICE                           ------------
```

```
REPORT ID: TS3030 .701                              REPORT DATE: 01/02/08
                                                    PAGE NO:       1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 01, 2007 THRU JAN. 02, 2008

ACCOUNT NUMBER : P58682              BED/CELL NUMBER: F20600000000232U
ACCOUNT NAME   : PARRA JR, VICTOR        ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------   -------   ---------  --------   -----------   -------

12/01/2007   BEGINNING BALANCE                                             0.00

12/21*DD31 CHECK DEPOSIT 3147/POBOX              45.00                    45.00
```

```
                         CURRENT HOLDS IN EFFECT
       DATE    HOLD
      PLACED   CODE            DESCRIPTION         COMMENT    HOLD AMOUNT
    ----------  ----  ------------------------------  ----------  -----------
    10/17/2006  H110  COPIES HOLD                     1584/OCT06         4.65
    10/17/2006  H110  COPIES HOLD                     1584/OCT06         1.95
    10/18/2006  H110  COPIES HOLD                     1593/AUG06         2.70
    10/18/2006  H110  COPIES HOLD                     1593/AUG06         3.10
    10/18/2006  H110  COPIES HOLD                     1593/AUG06         5.30
    10/18/2006  H110  COPIES HOLD                     1593/AUG06         7.20
    10/18/2006  H110  COPIES HOLD                     1593/AUG06         4.45
    02/05/2007  H110  COPIES HOLD                     3225/JAN07         2.20
    02/05/2007  H110  COPIES HOLD                     3225/SEP06         2.05
    02/05/2007  H110  COPIES HOLD                     3225/SEP06         6.50
    02/05/2007  H110  COPIES HOLD                     3225/SEP06         2.90
    02/05/2007  H110  COPIES HOLD                     3225/DEC06         1.75
    02/05/2007  H110  COPIES HOLD                     3225/DEC06         0.80
    02/05/2007  H110  COPIES HOLD                     3225/JAN07         2.30
    02/13/2007  H110  COPIES HOLD                     3367/JAN07        24.25
    02/27/2007  H110  COPIES HOLD                     3548/FEB07         2.10
    03/28/2007  H110  COPIES HOLD                     4041/FEB07         0.50
    03/28/2007  H110  COPIES HOLD                     4041/MAR07         1.70
    04/20/2007  H110  COPIES HOLD                     4373/MAR07        50.00
    05/17/2007  H110  COPIES HOLD                     4876/MAY07         1.45
    05/17/2007  H110  COPIES HOLD                     4876/MAY07         6.45
    06/25/2007  H110  COPIES HOLD                     5561/JUN07         3.30
    06/25/2007  H110  COPIES HOLD                     5561/JUN07         4.00
    06/25/2007  H110  COPIES HOLD                     5561/JUN07         1.70
    12/21/2007  DD31  CHECK DEPOSIT ONLY              3147/POBOX        45.00
```

```
REPORT ID: TS3030  .701                          REPORT DATE: 01/02/08
                                                    PAGE NO:      2
                          R.J.DONOVAN CORR. FACILITY
                          INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 01, 2007 THRU JAN. 02, 2008

ACCT: P58682      ACCT NAME: PARRA JR, VICTOR          ACCT TYPE: I


                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/06/99                 CASE NUMBER: ICR20445
COUNTY CODE: RIV                         FINE AMOUNT: $  10,000.00

   DATE     TRANS.    DESCRIPTION               TRANS. AMT.    BALANCE
 --------   ------    ------------------------  -----------   -----------

12/01/2007   BEGINNING BALANCE                               9,779.82

12/21/07   DR31    REST DED-CHECK DEPOSIT        50.00-      9,729.82

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      *


                        TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS     TRANSACTIONS
  BALANCE      DEPOSITS   WITHDRAWALS    BALANCE      BALANCE    TO BE POSTED
-----------  -----------  -----------  -----------  ----------  ------------
      0.00        45.00         0.00        45.00      188.30          0.00
-----------  -----------  -----------  -----------  ----------  ------------
-----------  -----------  -----------  -----------  ----------  ------------


                                               CURRENT
                                             AVAILABLE
                                              BALANCE
                                            --------------
                                                  143.30-
                                            --------------
                                            --------------
```