```
 1  PARRA VICTOR                                FILED
 2  CDC, NO. P-58682                       2008 MAR -6  PH 2: 43
 3  P.O. Box. 799002                       CLERK US DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA
 4  San Diego CA. 92179
 5  In pro se                              BY  RM          DEPUTY
 6
 7
 8            UNITED STATES DISTRICT COURT
 9           SOUTHERN DISTRICT OF CALIFORNIA
10
11  PARRA VICTOR              Case No. 08CV0191 H (CAB)
12        Plaintiff           NOTICE OF REQUEST FOR
                              PRELIMINARY INJUNCTION
13     V.
14  R. HERNANDEZ et. al.,
15        Defendants
16
17     TO: The Honorable Justice(s) of the above-entitled court
18     COMES NOW PLAINTIFF Victor Parra, In pro se, a prisoner at Richard J.
19  Donovan State Prison San Diego California.
20     Please take notice that plaintiff will move the court to fashion a preliminary
21  Injunction and set the matter for hearing 30 days after completion of service and
22  notice to defendants.
23
24     Dated: February 26, 2008              Respectfully Submitted
25                                           Victor Parra
26                                           In pro se
27
28
                            -1-
```

CR

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF San Diego

Case No. 08CV0191 H (CAB)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Victor Parra, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE Plaintiff IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 26 DAY OF: February, 2008 AT Richard J. Donovan Correctional Facility P.O. Box. 799002

(SIGNATURE) Victor Parra
(DECLARANT/PRISONER)

---

# PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, Albert Reynosa J-45769 AM A RESIDENT OF Richard J. Donovan Correctional Facility San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 799002 San Diego CA. 92179

ON 2-26, 2008 I SERVED THE FOREGOING: Notice of Request for preliminary Injunction

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT (RJD) Correctional Facility 480 Alta Road, P.O. Box. 799002. San Diego CA. 92179

(To the Clerk)
U.S. District Court
Southern District of California
880 Front Street. Suite 4290
San Diego CA. 92101-8900

Hernandez R. (Warden)
Richard J. Donovan Corr. Fac.
P.O. Box. 799006
San Diego CA. 92179-9006
Attn: Litigation Coordinator. R. Cobb

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 2-26-08

Albert Reynosa
(DECLARANT/PRISONER)

2

## VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF** SAN DIEGO

Case No. 08CV0191 H (CAB)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Victor Parro DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE Plaintiff IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 26 DAY OF: February 2008 AT Richard J. Donovan. Corr. Fac. P.O. Box. 799002

(SIGNATURE) Victor Parro
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, Albert Reynoso T-45769 AM A RESIDENT OF , STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX. 799002, San Diego CA. 92179

ON 2-26 2008 I SERVED THE FOREGOING: Notice of Opportunity to Consent to Magistrate Judge, Consent to proceed before Magistrate judge and One Copy of Complaint 1983.

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT 480 Alta Road. P.O. Box. 799002. San Diego CA. 92179.

(To the Clerk)
U.S. District Court
Southern District of California
880 Front Street. Suite 4290
San Diego CA. 92101-8900

Hernandez R. (Warden)
Richard J. Donovan Corr. Fac
P.O. Box. 799006
San Diego CA. 92179-9006
Attn: Litigation Coordinator R. Cobb

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 2-26-08

(DECLARANT/PRISONER)

2