# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Victor Parra, Jr.

vs

R. HERNANDEZ, Warden; R. LIMON, Correctional Officer; W. LILES, Correctional Officer; A.L. COTA, Correctional Officer; P. COWAN, Asst. Warden; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**SUMMONS IN A CIVIL ACTION**
Case No.   08-CV-191-H (CAB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Victor Parra, Jr.
P-58682
P.O. BOX 799002
SAN DIEGO, CA 92179-9002

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

Clerk of Court

A. Garcia   (SEAL)

By, Deputy Clerk

March 13, 2008

DATE

AO 440 (Rev 5/85) Summons in a Civil Action