# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**PLAINTIFF:** PARRA VICTOR JR.

**COURT CASE NUMBER:** 08-CV-191-H (CAB)

**DEFENDANT:** California Department of Corrections and Rehabilitations

**TYPE OF PROCESS:** In person

FILED
2008 APR 14 AM 9:01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
California Department of Corrections and Rehabilitations (Government Entity)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Richard J. Donovan Correctional Facility, 480 Alta Road, P.O. Box. 799006, San Diego CA. 92179

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Parra Victor Jr. P-58682
P.O. Box. 799002
San Diego CA. 92179-9002

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

R. COBB is the Litigation Coordinator for RJD prison and may receive service (Alternative) Alberto Roldan is the (Chief deputy General Council) for the department of Corrections and may receive service for the (CDC) at Cal. Dep. of Corr. 1515 S. Street Rm. 3145, P.O. Box. 942883 Sacramento CA. 94283-0001

Signature of Attorney or other Originator requesting service on behalf of: Victor Parra Jr.
☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER:** NONE
**DATE:** 3-18-08

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 98
District to Serve No.: 98
Signature of Authorized USMS Deputy or Clerk: A. Scott
Date: 3/26/08

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 3/26/08 - Mailed S&C regular mail
04/14/08 - Returned unexecuted. Per litigation coordinator, unable to accept service for CDCR as title does not name an individual.

**PRIOR EDITIONS MAY BE USED**   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)