```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  MICHELLE DES JARDINS
    Supervising Deputy Attorney General
 5  SYLVIE P. SNYDER, State Bar No. 171187
    Deputy Attorney General
 6   110 West A Street, Suite 1100
     San Diego, CA 92101
 7   P.O. Box 85266
     San Diego, CA 92186-5266
 8   Telephone: (619) 645-2299
     Fax: (619) 645-2581
 9   Email: Sylvie.Snyder@doj.ca.gov

10  Attorneys for Defendants P. Cowan, R. Hernandez, W.
    Liles and R. Limon
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR PARRA, Jr.,** <br><br> Plaintiff, <br><br> v. <br><br> **R. HERNANDEZ, et al.,** <br><br> Defendants. | 08CV0191 H CAB <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANTS** <br> [Fed. R. Civ. P. 12(b)(6)] <br><br> Hearing:     July 22, 2008 <br> Time:        9:00 a.m. <br> Courtroom:   E <br> Judge:       The Honorable Cathy Ann Bencivengo <br><br> NO ORAL ARGUMENT REQUIRED |

**TO VICTOR PARRA, Jr., PLAINTIFF IN PRO SE:**

Please take notice that on July 22, 2008 at 9:00 a.m., in the above-referenced court, located at 940 Front Street, San Diego, California, 92101, Defendants will move the Court for an order dismissing the Complaint or portions thereof.

Notice of Mot. & Mot. to Dismiss Pl.'s Compl.                                          Case No. 08CV0191 H CAB

1  The Motion to Dismiss is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the
2  ground Plaintiff failed to state a claim for which relief may be granted.
3  The motion is based on this Notice of Motion and Motion, the accompanying Memorandum
4  of Points and Authorities, and such other matters as the Court deems appropriate.

Dated:  May 23, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHELLE DES JARDINS
Supervising Deputy Attorney General

/s/ Sylvie P. Snyder

SYLVIE P. SNYDER
Deputy Attorney General
Attorneys for Defendants

SPS:lr
70123308.wpd
SD2008700335

Notice of Mot. & Mot. to Dismiss Pl.'s Compl.                                                              Case No. 08CV0191 H CAB