# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** PARRA VICTOR

**COURT CASE NUMBER:** 08-CV-191-H (CAB)

**DEFENDANT:** COTA A.L.

**TYPE OF PROCESS:** 2008 JUL -2 AM 10:38

SOUTHERN DISTRICT OF CALIFORNIA

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

COTA A.L. (Warden Assistant)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. Box 7500, Crescent City CA. 95531   BY ___ DEPUTY

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Parra Victor P-58682
P.O. Box 799002
San Diego CA. 92179

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 out of 6 |
| Check for service on U.S.A. | ✓ |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Other defendants are all now represented by
Sylvie P. Snyder
Deputy Attorney General
110 West A Street, Suite 1100
San Diego CA. 92101
P.O. Box 85266
San Diego CA. 92186-5266

Tel No. (619) 645-2299

**Signature of Attorney or other Originator requesting service on behalf of:** Victor Parra In pro se
☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER:** NONE
**DATE:** June 1-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 08 | 08 | Scott | 6/5/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served** (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Address** (complete only if different than shown above)

**Date of Service** | **Time** ___ am ___ pm

**Signature of U.S. Marshal or Deputy**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:** 06/09/08 - Mailed S&C
07/01/08 - Returned unexecuted. Per Litigation officer, no one by that name is employed there.

**PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)**