1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
5  SYLVIE P. SNYDER, State Bar No. 171187
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2299
    Fax: (619) 645-2581
9   Email: Sylvie.Snyder@doj.ca.gov

10 Attorneys for Defendants P. Cowan, R. Hernandez, W.
   Liles, R. Limon, and California Department of
11 Corrections and Rehabilitation

12 **IN THE UNITED STATES DISTRICT COURT**

13 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15 **VICTOR PARRA, Jr.,** | 08CV0191 H CAB |
| 16                             Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT CDCR** |
| 17 v. | |
| 18 **R. HERNANDEZ, et al.,** | [Fed. R. Civ. P. 12(b)(6)] |
| 19                             Defendants. | Hearing: August 11, 2008<br>Time: 9:00 a.m.<br>Courtroom: E<br>Judge: The Honorable Cathy Ann Bencivengo |
| 22 | NO ORAL ARGUMENT REQUIRED |

24 **TO VICTOR PARRA, Jr., PLAINTIFF IN PRO SE:**

25   Please take notice that on August 11, 2008, at 9:00 a.m., in the above-referenced court,

26 located at 940 Front Street, San Diego, California, 92101, Defendant California Department of

27

28

1  Corrections and Rehabilitation (CDCR)[1/] will move the Court for an order dismissing CDCR

2  from the Complaint.

3      The Motion to Dismiss is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the

4  ground Plaintiff failed to state a claim for which relief may be granted.

5      The motion is based on this Notice of Motion and Motion, the accompanying Memorandum

6  of Points and Authorities, and such other matters as the Court deems appropriate.

7      Dated: July 10, 2008

8      Respectfully submitted,

9  EDMUND G. BROWN JR.
Attorney General of the State of California

10  DAVID S. CHANEY
Chief Assistant Attorney General

11  FRANCES T. GRUNDER
Senior Assistant Attorney General

12

13  MICHELLE DES JARDINS
Supervising Deputy Attorney General

14  s/ Sylvie P. Snyer

15

16  SYLVIE P. SNYDER
Deputy Attorney General
17  Attorneys for Defendants

18  SPS:lr
19  70129346.wpd
SD2008700335

---

1. Defendants P. Cowan, R. Hernandez, W. Liles and R. Limon previously filed a motion to dismiss which is scheduled to be heard on July 22, 2008. Cota remains unserved.

Notice of Mot. & Mot. to Dismiss Pl.'s Compl. by Def. CDCR     Case No. 08CV0191 H CAB