1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
5  SYLVIE P. SNYDER, State Bar No. 171187
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2299
    Fax: (619) 645-2581
9   Email: Sylvie.Snyder@doj.ca.gov

10 Attorneys for Defendants P. Cowan, R. Hernandez, W.
   Liles, R. Limon and California Department of
11 Corrections and Rehabilitation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTOR PARRA, Jr.,** | 08CV0191 H CAB |
| Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT CDCR** |
| v. | |
| **R. HERNANDEZ, et al.,** | |
| Defendants. | Hearing: August 11, 2008<br>Time: 9:00 a.m.<br>Courtroom: E<br>Judge: The Honorable Cathy Ann Bencivengo |

**I**

**INTRODUCTION**

Plaintiff Victor Parra, Jr., proceeding in pro se, is a California prison inmate currently incarcerated at R.J. Donovan Correctional Facility, San Diego, California. Plaintiff's Complaint, which is brought under 42 U.S.C. § 1983, concerns his refusal to sign an agreement to double

cell, and his alleged transfer to another unit where he had no yard for three months, then limited yard for another three months after transfer to yet another unit. All Defendants have been served except A. Cota. Defendants P. Cowan, R. Hernandez, W. Liles and R. Limon previously filed a Motion to Dismiss which is scheduled to be heard on July 22, 2008.

## II

## THE STATE AGENCY DEFENDANT SHOULD BE DISMISSED

In his action brought under 42 U.S.C. 1983, Plaintiff sues California Department of Corrections and Rehabilitation, among others. In his Complaint, Plaintiff admits this is a "state agency." (Complaint p. 2 .)

Under the Eleventh Amendment, "agencies of the state are immune from private damage actions or suits for injunctive relief brought in federal court." *Dittman v. California*, 191 F.3d 1020, 1026 (9th Cir. 1999) (internal quotes omitted). Thus, Defendant California Department of Corrections and Rehabilitation should be dismissed from the Complaint without leave to amend. The court may dismiss a complaint without leave to amend if "it determines the pleading could not possibly be cured by the allegations of other facts." *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (en banc) (citing *Doe v. United States*, 58 F.3d 494, 497 (9th Cir. 1995)).

**CONCLUSION**

Defendant California Department of Corrections and Rehabilitation respectfully requests that it be dismissed from Plaintiff's Complaint without leave to amend.

Dated: July 10, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHELLE DES JARDINS
Supervising Deputy Attorney General


s/ Sylvie P. Snyder


SYLVIE P. SNYDER
Deputy Attorney General
Attorneys for Defendants

SPS:lr
70129358.wpd
SD2008700335

Mem. of P.&A. in Support of Mot. to Dismiss Pl.'s Compl. By Def. CDCR    Case No. 08CV0191 H CAB

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Parra, Victor v. R. Hernandez, et al.**

No.:   **08CV0191 H CAB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 10, 2008, I served the attached **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT CDCR and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT CDCR** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Victor Parra, Jr.
P-58682
Richard J. Donovan Correctional Facility at
Rock Mountain
P.O. Box 799006
San Diego, CA  92179-9006
In Pro Per
P-58682

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 10, 2008, at San Diego, California.

|                         |                         |
|-------------------------|-------------------------|
| Laura Ruiz              | /s/ Laura Ruiz          |
| Declarant               | Signature               |

80258625.wpd