PARRA VICTOR
CDC No. P-58682
P.O. Box. 799002
San Diego CA. 92179

FILED
2008 JUL 11 AM 11:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
JUL -9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VICTOR PARRA JR.,
    Plaintiff,
v.
R. HERNANDEZ, et al.,
    Defendants

Case No. 08CV0191 H CAB

NOTICE OF MOTION FOR ENLARGEMENT OF TIME LIMIT FOR SERVICE PURSUANT TO Fed.R.Civ.P. 4(m)

COMES NOW PLAINTIFF Victor Parra Jr. In pro se.

Please take notice that plaintiff will move the Court for an enlargement of time beyond the 120 days prescribed by Rule 4(m) of Fed.R.Civ.P.

On March 13, 2008 this Court issued a summons to be served on 6 defendants. Service has been partially completed. Plaintiff now seeks additional time to complete service.

Dated: July 1, 2008

Respectfully Submitted
Victor Parra
In pro se

1

# VERIFICATION

STATE OF CALIFORNIA  
COUNTY OF SAN DIEGO

Case No. 08CV0191 H CAB

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _Victor Parra Jr_ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _Plaintiff_ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _1_ DAY OF: _July_, 20_08_ AT _RJD Corr. Fac. P.O. Box 799002, San Diego CA. 92179_

(SIGNATURE) _Victor Parra Jr_  
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _Victor Parra Jr_ AM A RESIDENT OF _Richard J. Donovan Correctional Facility San Diego County_, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX _799002, San Diego CA. 92179_

ON _July 1_, 20_08_ I SERVED THE FOREGOING: _Notice of Motion For Enlargement of time limit for service pursuant to Fed. R. Civ. P. 4(m)_

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT _Richard J. Donovan P.O. Box 799000, San Diego CA. 92179_

(To the Clerk)  
United States District Court  
Southern District of California  
880 Front Street, Suite 4290  
San Diego CA. 92101-8900

Sylvie P. Snyder  
Deputy Attorney General  
110 West A. Street, suite 1100  
San Diego CA, 92101  
P.O. Box 85266  
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _July 1, 08_

_Victor Parra Jr_  
(DECLARANT/PRISONER)

2

1  PARRA VICTOR JR.
2  CDC No. P-58682
3  P.O. Box 799002
4  San Diego CA. 92179
5  In Prose

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA JR.,<br>Plaintiff<br>V.<br>R. HERNANDEZ, et al.,<br>Defendants | Case No. 08CV0191 H CAB<br>MOTION FOR ENLARGEMENT OF TIME LIMIT FOR SERVICE PURSUANT TO Fed. R. Civ. P. 4(m) |

On March 13, 2008 The Court issue a Summons to be served on defendants.

There are six defendants in this case, defendants A.L. Cota and The Department of Corrections have not been served.

On June 1, 2008, Plaintiff sent the summons and complaint to the U.S. Marshal requesting service to the remaining defendants.

<u>Request for Enlargement of Time</u>

Federal Rules of Civil Procedure 4(m) provides that;

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period... (Id).

1.

1  The Summons and Complaint are supposed to be served within 120 days
2  after the complaint is filed (Rule 4(m)). In forma pauperis complaints are not actually
3  filed when the clerk receives them, they are filed after (IFP) status is granted
4  28 U.S.C. Section 1915(a). And party proceeding pro se and IFP must
5  wait for court-appointed service by U.S. Marshal, 28 U.S.C.A. Section 1915(c)
6  Lindsey V. United States R.R. Ret. Bd., 101 F.3d 444, 447-48 (5th Cir. 1996)
7      The Clerk of the Court signed and sealed the summons on March
8  13, 2008. Any extention shall be granted only upon good cause shown. See
9  Fed.R.Civ.P. 4(m) and local Rule 4.1(a)
10     Minimally good cause requires a showing of excusable neglect, good faith and
11 reasonable basis, beyond the plaintiffs control for failing to comply with the rules In re
12 Sheehan, 253 F.3d 507, 512 (9th Cir. 2001)(to qualify for "good cause", plaintiff may
13 be required to show that (a) defendant received actual notice of the lawsuit (b)
14 defendant would not suffer prejudice; and (c) plaintiff would be severely prejudice if
15 lawsuit were dismissed); This standard is ordinarily applied narrowly to
16 protect only those litigants who have exercised meticulous care in attempting
17 to complete service. Hamilton V. Endell, 981 F.2d 1062, 1065 (9th Cir. 1992)
18     Ordinarily, pro se litigants for whom the United States Marshals
19 Service may be directed to serve process will be granted a "good cause"
20 extention of the 120 day period where a delay in service is attributable to
21 the Marshals service Puett V. Blandford, 912 F.2d 270, 275 (9th Cir. 1990)
22 Scott V. Reno, 902 F.Supp 1190, 1196 n.4 (C.D.Cal. 1995).
23     Defendants Cota and Department of Corrections required a second
24 attempt of service to different addresses. The second request for service was sent
25 to the U.S. Marshal on June 1, 2008. Additionally since the California Department
26 of Corrections is a state Agency personal delivery of the Summons and Complaint
27 may be required. Fed.R.Civ.P. 4(j)(2).
28 ///

2.

Good Cause appearing plaintiff respectfully asks the court to fashion a schedule to complete service on the remaining two defendants. And grant the Enlargement of time.

Date: July 1, 2008

Respectfully Submitted
Victor Parra
In pro se

3

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

Case No. 08CV0191 H CAB

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Victor Parra__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Plaintiff__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __1__ DAY OF: __July__ 20 __08__ AT __Richard J. Donovan, P.O. Box 799002, San Diego CA. 92179__

(SIGNATURE) __Victor Parra__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Victor Parra__ AM A RESIDENT OF __Richard J. Donovan Corr. Fac. San Diego__ County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX

ON __July 1__ 20 __08__ I SERVED THE FOREGOING: __Motion for Enlargement of time limit for service pursuant to Fed. R. Civ. P. 4(m)__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT __Richard J. Donovan Corr. Fac., P.O. Box 799002, San Diego CA. 92179__

(To the Clerk)
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Sylvie P. Snyder
Deputy Attorney General
110 West A. Street, Suite 1100
San Diego CA. 92101
P.O. Box 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __July 1, 2008__

__Victor Parra__
(DECLARANT/PRISONER)

4