1 | PARRA VICTOR
2 | CDC No. P-58682
3 | P.O. Box 799002
4 | San Diego CA. 92179
5 | In Pro se

**FILED**
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA<br><br>    Plaintiff<br><br>v.<br><br>R. HERNANDEZ et al.,<br><br>    Defendants | Case No. 08CV0191 H CAB<br><br>REQUEST FOR CALENDAR DAY TO CALENDAR PLAINTIFFS MOTIO FOR AN INJUNCTION |

Comes now plaintiff Victor Parra. Plaintiff is schedule to answer a 12(b) motion on August 11, 2008. Plaintiff will seek a preliminary injunction request.

Plaintiff respectfully request for a date from the Courts Clerk to Calendar his Motion for preliminary injunction, to be heard in a reasonable time in order for defendants to submit an answer.

Dated: July 20, 2008

Respectfully Submitted
Victor Parra
In pro se

1

# VERIFICATION

| STATE OF CALIFORNIA<br>COUNTY OF SAN DIEGO | Case No. 08-CV-019 H CAB |

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __VICTOR PARRA__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Plaintiff__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __20__ DAY OF: __July__ 20 __08__ AT __Richard J. Donovan Corr. Fac. 480 Alta Road. P.O. Box 799002. San Diego CA. 92179__

(SIGNATURE) __Victor Parra__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __VICTOR PARRA__ AM A RESIDENT OF __Richard J. Donovan Corr. Fac. San Diego__ County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / ▬ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX

ON __July 20__ 20 __08__ I SERVED THE FOREGOING: __Request for calendar day to Calendar Plaintiffs motion for an Injunction.__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT __Richard J. Donovan Corr. Fac. P.O. Box 799002, San Diego CA. 92__

To the Clerk
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __July 20, 2008__    __Victor Parra__
(DECLARANT/PRISONER)

2.