# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA, JR.,<br><br>                Plaintiff,<br>vs.<br><br>R. HERNANDEZ, Warden, *et al.*,<br><br>                Defendants. | CASE NO. 08-CV-0191-H (CAB)<br><br>ORDER SETTING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION |

On July 22, 2008, Plaintiff filed a request for a hearing date. (Doc. No. 20.) He indicates that, in conjunction with his response to a pending motion to dismiss, he also plans to submit a motion for preliminary injunction.

Rather than setting a hearing date, the Court provides the following schedule for Plaintiff's motion. Plaintiff shall file the motion on or before **August 11, 2008**. Defendants shall file their opposition on or before **September 2, 2008**. Plaintiff may submit a reply brief on or before **September 15, 2008**. Absent a subsequent order to the contrary, the Court will exercise its discretion under Local Civil Rule 7.1(d)(1) to submit the motion on the papers

IT IS SO ORDERED.

Dated: July 24, 2008

                                            MARILYN L. HUFF, District Judge
                                            UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.