```
 1 | VICTOR PARRA
 2 | CDC No. P-58682
 3 | P.O. Box. 799002
 4 | San Diego CA. 92179
 5 | In Prose
```

FILED
2008 JUL 29 PM 12: 37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
JUL 21 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| VICTOR PARRA,                  | Case No. 08CV0191 H CAB |
|        Plaintiff               | NOTICE OF ANSWER TO DEFENDANTS MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER. |
|        V.                      | Hearing   : July 22, 2008 |
| R. HERNANDEZ., et, al.,        | Time      : 9:00 am |
|        Defendants              | Courtroom : E |
|                                | Judge     : The Honorable Cathy Ann Bencivengo |

   COMES NOW PLAINTIFF, please take notice that plaintiff Victor Parra, Answers defendants motion to dismiss and in support of his answer he submitts a memorandum of points and authorities.

Dated: July 12, 2008                        Respectfully Submitted
                                            Victor Parra
                                            In Prose

1.

# *VERIFICATION*

**STATE OF CALIFORNIA**
**COUNTY OF** SAN DIEGO

Case No. 08CV0191 H CAB

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Victor Parra__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Plaintiff__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __12__ DAY OF: __July__, 20__08__ AT Richard J. Donovan Corr. Fac. San Diego CA.

(SIGNATURE) __Victor Parra__
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Victor Parra__ AM A RESIDENT OF Richard J. Donovan Corr. Fac. San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 799002, San Diego CA. 92179

ON __July 12__, 20__08__ I SERVED THE FOREGOING: Notice of Answer To defendants Motion to Dismiss and Memorandum of points and authorities. in support of answer.

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richard J. Donovan Corr. Fac. P.O. Box 799002, San Diego CA. 92179

(To the Clerk)
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8700

Sylvie P. Snyder
Deputy Attorney General
110 West A. Street, Suite 1100
San Diego CA. 92101
PO Box 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __July 12, 2008__           __Victor Parra__
(DECLARANT/PRISONER)

2