1 PARRA VICTOR
2 CDC No. P-58682
3 P.O. Box. 799002
4 San Diego CA. 92179
5 In pro se

FILED
2008 AUG -4 PM 2:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____Rm____ DEPUTY

NUNC PRO TUNC
JUL 30 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VICTOR PARRA, Jr.,
 Plaintiff
V.
R. HERNANDEZ, et al.,
 Defendants

Civil No. 08CV0191 H (CAB)

NOTICE OF MOTION TO ALTER OR AMEND A JUDGMENT

Hearing : August 4, 2008
Time    : 9:00 am
Court   : E
Judge   : The Honorable Cathy Ann Bencivengo

COMES NOW Plaintiff Victor Parra, In prose. Please take notice that on August 4, 2008, Plaintiff will move the court to alter or amend the entry of judgment on defendants motion to dismiss and Alter or amend the Report and Recomendations [DOC No. 19-1].

Dated July 27, 2008

Respectfully Submitted
Victor Parra
In pro se

1

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF** SAN DIEGO

Case No. 08CV0191 H (CAB)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Victor Parra _____ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE Plaintiff _____ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 27 DAY OF: July 20 08 AT Richard J. Donovan
Corr. Fac. 480 Alta Road, San Diego CA. 92179

(SIGNATURE) Victor Parra
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, Victor Parra _____ AM A RESIDENT OF Richard J. Donovan Correctional Facility County
San Diego, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM NOT
A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX

ON July 27 2008 I SERVED THE FOREGOING: Notice of Motion to
Alter or Amend a Judgment

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S),
WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED
AT 480 Alta Road, San Diego CA. 92179-9002

(To the Clerk)
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Sylvie P. Snyder
Deputy Attorney General
110 West A. Street, Suite 1100
San Diego CA. 92101
P.O. Box 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: July 27, 2008

Victor Parra
(DECLARANT/PRISONER)

2

1 PARRA VICTOR
2 CDC No. P-58682
3 P.O. Box 799002
4 San Diego CA. 92179
5 In pro se

FILED
2008 AUG -4 PM 2: 27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

NUNC PRO TUNC
JUL 30 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA, Jr.,<br>　　　　　Plaintiff<br>　　V.<br>R. HERNANDEZ, et, al.,<br>　　　　　Defendants | Civil No. 08CV0191 H (CAB)<br>MOTION TO ALTER OR AMEND A JUDGMENT PURSUANT ON (FED.R.CIV.P.) Rule 59(e)<br>Hearing : August 4, 2008<br>Time : 9:00 am<br>Court room: E<br>Judge : The Honorable<br>Cathy Ann Bencivengo |

　　On July 22, 2008 This Court filed a "Report and Recomendations" granting defendants motion to dismiss [DOC No. 19-1].

　　In response to defendants motion to dismiss plaintiff filed an opposition on July 12, 2008 see Suplemental Lodgement following this motion.

　　The court aparently did not receive the documents plaintiff submitted as an answer in opposition to defendants motion to dismiss.

　　Plaintiff now respectfully moves the court to review and consider plaintiff response to defendants motion to dismiss an incorporate arguments of law and fact in an altered or Amended Report and Recomendations.

Dated: July 27, 2008.

Respectfully Submitted
Victor Parra   In Prose

1

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF** SAN DIEGO

Case No. 08CV0191 H (CAB)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Victor Parra _____ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE Plaintiff _____ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 27 DAY OF: July 2008 AT Richard J. Donovan Correctional Facility 480 Alta Road, San Diego CA-92179-9002

(SIGNATURE) Victor Parra
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, VICTOR PARRA _____ AM A RESIDENT OF Richard J. Donovan Correctional Facility San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM /NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX

ON July 27, 2008 I SERVED THE FOREGOING: Motion to Alter or Amend a Judgment Pursuant to Fed. R. Civ. P. 59(e)

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT 480 Alta Road, San Diego CA-92179-9002

(To the Clerk)
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA-92101-8900

Sylvie P. Snyder
Deputy Attorney General
110 West A. Street, Suite 1100
San Diego CA-92101
P.O. Box. 85266
San Diego CA-92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: July 27, 2008 _____ Victor Parra
(DECLARANT/PRISONER)

2

PARRA VICTOR
CDC No. P-58682
P.O. Box. 799002
San Diego CA. 92179
In Pro se

FILED
2008 AUG -4 PM 2:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
JUL 30 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VICTOR PARRA, Jr.,
           Plaintiff
    V.
R. HERNANDEZ, et al.,
           Defendants

Civil No. 08CV0191 H (CAB)

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS MOTION TO ALTER OR AMEND A JUDGMENT Fed.R.Civ.P.59(e)

Hearing   : August 4, 2008
Time      : 9:00 am
Court room: E
Judge     : The Honorable
            Cathy Ann Bencivengo

   This memorandum of Law is submitted in support of plaintiffs motion to alter or amend a Judgment pursuant to Federal Rules of Civil Procedure (Fed.R.Civ.P.) Rule 59 subsection (e) which states:

   "Any motion to alter or amend a judgement shall be filed no latter that 10 days after entry of the judgment." Id

Standard of Review

   Rule 59(e) preserves the district courts right to alter or amend a judgment after the judgment is entered. Motions to alter or amend a judgment are appropiate where they involve reconsideration of matters properly encompassed in the decision on the merits. White V. New Hampshire Dep't of Employment Sec., 455 U.S. 445, 451, 102 S.Ct. 1162, 1166 (1982).

1.

1  The case law acknowledges four grounds that justify altering or amending a
2  judgment: to incorporate an intervening change in the law, to reflect new evidence not
3  available at the time of trial, to correct a clear legal error and (to prevent a manifes
4  injustice) (Messina V. Krakower, 439 F.3d, 758 (D.C. Cir. 2006)
5  These motions are not limited to judgments entered after a trial; they may also be
6  used if the Court has entered judgment without trial, for example, by granting a motion to
7  dismiss or for summary judgment. see Emory V. Secretary of Navy, 819 F.2d 291, 293 (D.C.
8  Cir. 1987)
9  A party seeking to alter or amend a judgment must file the motion within 10 days
10 after the district court enter its judgment on the docket see Schudel V. General Elec. Co.,
11 120 F.3d 991 (9th Cir. 1997) (noting that such motions be filed, not served, within 10
12 days following entry of judgment), Cert. denied. 523 U.S. 1094, 118 S.Ct. 1560 (1988) Prisoner
13 "mail box rule" has been adapted by some courts for Rule 59(e) motions. Consequently,
14 a pro se prisoner's papers will be deemed file when deposited with the post office.
15 Morris V. Unum life Ins. Co., 430 F.3d 500, 502 (1st Cir. 2005).
16 On March 13, 2008, This Court perform a sua sponte screening of the
17 complaint.
18 On May 23, 2008 Defendants file motion to dismiss
19 On July 12, 2008 Plaintiff timely filed an opposition to defendants motion
20 to dismiss.
21 On July 22, 2008 This Court filed a Report and Recomendations and
22 granted defendants motion to dismiss.
23 Plaintiff a prisoner confined at Unit 8, Administrative Segregation with
24 limited access to legal supplies, pencil, paper and copy machine. Submitts a Copy of his
25 opposition to dismiss in support of his motion to alter or amend the judgment on
26 defendants motion to dismiss ruling.
27 Because plaintiff only has 10 days to file such motion plaintiff submitts
28 the motion, followed by a Supplemental Lodgement containing a copy of all documents

1  filed on July 12, 2008.
2       Plaintiff respectfully request the order [DOC No. 19-1] "Report and
3  Recomendation" be altered or amended to reflect plaintiffs opposition and his legal
4  arguments considered and incorporated in the courts conclusion of law and fact.

6  Dated: July 27, 2008            Respectfully Submitted
7                                   Victor Parra
8                                   In Prose

## VERIFICATION

| STATE OF CALIFORNIA  COUNTY OF SAN DIEGO | Case No. 08 CV 0191 H CAB |
|---|---|

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __VICTOR PARRA__ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE __Plaintiff__ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __27__ DAY OF: __July__ 2008 AT __Richard J. Donovan Correctional Fac. 480 Alta Road, San Diego CA. 92179-9002__

(SIGNATURE) __Victor Parra__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __VICTOR PARRA__ AM A RESIDENT OF __Richard J. Donovan Corr. Fac. San Diego County__, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX

ON __July 27__ 20 __08__ I SERVED THE FOREGOING: __Memorandum of Points And Authorities in Support of Plaintiff's Motion to Alter or Amend a Judgment Fed.R.Civ.P. 59(e)__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT __480 Alta Road, San Diego CA. 92179-9002__

(To the Clerk)
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Sylvie P. Snyder
Deputy Attorney General
110 West A. Street, Suite 1100
San Diego CA. 92101
P.O. Box 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __July 27, 2008__          __Victor Parra__
                                  (DECLARANT/PRISONER)

4.