1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11  VICTOR PARRA, JR.,

12                                     Plaintiff,

         vs.

13

14  R. HERNANDEZ, Warden, *et al.*,

15                                     Defendants.

CASE NO. 08-CV-0191-H (CAB)

ORDER REGARDING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

16        On August 4, 2008, Plaintiff brought a motion to alter or amend judgment. (Doc.

17  No. 25.)  There is not yet a judgment for the Court to alter or amend.  It is clear that, in

18  substance, Plaintiff objects to the pending Report and Recommendation from the

    magistrate judge entered on July 22, 2008.  The Report and Recommendation is not

19  controlling unless adopted by the district judge.  Therefore, the Court denies the request

20  to alter or amend judgment and construes Plaintiff's filing as an objection to the Report

21  and Recommendation.  On August 4, 2008, Plaintiff also submitted a "Supplemental

22  Lodgment" with his motion which the Court construes as part of his objections to the

23  Report and Recommendation.  (Doc. No. 27.)

24  / / /

25  / / /

26  / / /

27  / / /

28

1    The Court extends the time for Defendants to reply to Plaintiff's objections to the

2  Report and Recommendation to **September 2, 2008**.  The deadline for Defendants to

3  file objections to the Report and Recommendation remains unchanged.

4    IT IS SO ORDERED.

5  DATED:  August 12, 2008

6

7                                                        MARILYN L. HUFF, District Judge
                                                         UNITED STATES DISTRICT COURT

8  COPIES TO:
   All parties of record.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28