1 PARRA VICTOR
2 CDC No. P-58682
3 P.O. Box 799002
4 San Diego CA. 92179
5 In pro se 1/

FILED
2008 AUG 12 PM 3:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___Rm___ DEPUTY

NUNC PRO TUNC
AUG -7 2008

8    UNITED STATES DISTRICT COURT
9    SOUTHERN DISTRICT OF CALIFORNIA

11 VICTOR PARRA
12           Plaintiff
13    v.
14 R. HERNANDEZ et, al.,
15           Defendants

Case No. 08CV0191 H (CAB)

NOTICE OF MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.

Return date: August 11, 2008
Judge     : The Honorable
            Cathy Ann Bencivengo

18   To the above entitle court. Please take notice that plaintiff will move the
19 court for a preliminary injunction, based on the motion and memorandum of points and
20 authorities here with this notice.

22   Dated: August 3, 2008                    Respectfully Submitted
23                                            Victor Parra
24                                            In pro se

27 1. Plaintiff was finally able to pettle a pen.

1

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

Case No. 08CV0191 H (CAB)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Victor Parra, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE plaintiff IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 3 DAY OF: August 2008 AT Richard J. Donovan Correctional Facility 480 Alta Road, San Diego CA. 92179-9002

(SIGNATURE) Victor Parra
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, Victor Parra, AM A RESIDENT OF Richard J. Donovan Correctional Facility San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 799002, San Diego CA. 92179-9002

ON August 3, 2008 I SERVED THE FOREGOING: Notice of Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support thereof

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richard J. Donovan Corr. Fac. P.O. Box 799002, San Diego CA. 92179.

(To the Clerk)
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Sylvie P. Snyder
Deputy Attorney General
110 West A. Street Suite 1100
San Diego CA. 92101
P.O. Box. 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: August 3, 2008

Victor Parra
(DECLARANT/PRISONER)