1  PARRA VICTOR
2  CDC No. P-58682
3  P.O. Box 799002
4  San Diego CA. 92179
5  In prose



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA<br>    Plaintiff<br>V.<br>R. HERNANDEZ et.al.,<br>    Defendants | Case No. 08CV0191 H (CAB)<br>NOTICE OF REQUEST FOR ENLARGEMENT OF TIME.<br>Hearing date: August 25, 2008<br>Judge     : The Honorable Cathy Ann Bencivengo |

Please take notice that plaintiff will move the court for a enlargement of time thirty days beyond August 25, 2008.

Dated: August 18, 2008

Respectfully Submitted
Victor Parra
In pro se.

1.

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF** SAN DIEGO

Case No. 08CV0191 H (CAB)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Victor Parra__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Plaintiff__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __18__ DAY OF: __August__ 20__08__ AT Richard J. Donovan, 480 Alta Road, San Diego CA. 92179-9002

(SIGNATURE) __Victor Parra__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Victor Parra__ AM A RESIDENT OF Richard J. Donovan Corr. Fac. San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 799002, San Diego CA. 92179-

ON __August 18__, 20__08__ I SERVED THE FOREGOING: Notice of Request for Enlargement of time

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richard J. Donovan Corr. Fac.

(To the Clerk)
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Sylvie P. Snyder
Deputy Attorney General
110 West A. Street, Suite 1100
San Diego CA. 92101
P.O. Box 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __August 18, 2008__    __Victor Parra__
(DECLARANT/PRISONER)

2.