1  PARRA VICTOR
2  CDC No. P-58682
3  P.O. Box 799002
4  San Diego CA. 92179
5  In pro se



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA<br><br>    Plaintiff<br><br>V.<br><br>R. HERNANDEZ et.al.,<br><br>    Defendant | Case No. 08CV0191 H (CAB)<br><br>REQUEST FOR ENLARGEMENT OF TIME<br><br>Hearing date: August 25, 2008<br>Judge    : The Honorable<br>         Cathy Ann Bencivengo |

    COMES NOW Plaintiff Victor Parra In pro se. This court issue an order Report and Recomendations and a date of August 25, 2008 when plaintiff could file his objections.

    Plaintiff Legal work on cases 05CV1966 JAH (PCL) and a Federal Habeas petition Case No. 08-0472-J-(LSP) And this case have required pleadings on the month of August. Plaintiff intelect was over work and plaintiff is mentally exhausted. plaintiff does not like to extend the time of any of his petition because he seeks expedicious resolution of his allegations.

    Plaintiff respectfully request a thirty (30) day enlargement of time in order to file objections to the Report and Recomendations. beyond August 25, 2008.

Dated: August 18, 2008.

                                                    Respectfully Submitted
                                                    Victor Parra
                                                    In pro se

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO     Case No. 08CV0191 H (CAB)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Victor Parra, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE Plaintiff IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 18 DAY OF: August 2008 AT Richard J. Donovan 480 Alta Road. San Diego CA. 92179

(SIGNATURE) Victor Parra
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, Victor Parra AM A RESIDENT OF Richard J. Donovan Corr. Fac. San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 799002, San Diego CA. 92179

ON August 18, 2008 I SERVED THE FOREGOING: Request for Enlargement of time

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richard J. Donovan Correctional Facility

(To the Clerk)
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Sylvie P. Snyder
Deputy Attorney General
110 West A. Street, Suit 1100
San Diego CA. 92101
P.O. Box. 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: August 18, 2008      Victor Parra
(DECLARANT/PRISONER)

2