1  PARRA VICTOR
2  CDC No. P-58682
3  P.O. Box. 799002
4  San Diego CA. 92179
5  In pro se



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA, JR.<br><br>    Plaintiff<br><br>V.<br><br>R. HERNANDEZ, Warden, et. al.,<br><br>    Defendants | Case No. 08 CV 0191 H (CAB)<br><br>NOTICE OF PENDING PLEADING NOT YET FILED |

Please take notice that Plaintiff Victor Parra Jr. In pro se has not yet file any Objections to the Report and Recomendations of Magistrate the Honorable Cathy Ann Bencivengo. [Doc No. 19] Plaintiff timely clarifies that the motion filed [Doc 25] to Amend a Judgment was not the objections. Construing [DOC 25] as being the objections will have irreversible injurious effect on the case before the court. Plaintiff files a request for Judicial Notice and motion for enlargement of time in order for the court to engage in controlling the Courts ducket. Please take controll.

Notice is given [Doc 25] is not be construed as any objections to any court order.

Dated: August 19, 2008

Respectfully Submitted
Victor Parra
In pro se

1

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF** SAN DIEGO

Case No. 08 CV 0191 H CAB

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Victor Parra, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE Plaintiff IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 19 DAY OF: August, 2008 AT Richard J. Donovan Corr. Fac. 480 Alta Road, San Diego CA. 92179

(SIGNATURE) Victor Parra
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, Victor Parra, AM A RESIDENT OF Richard J. Donovan Corr. Fac. San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX, 799002, San Diego CA. 92179

ON August 19, 2008 I SERVED THE FOREGOING: Notice of Pending Pleading not yet filed

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richard J. Donovan Corr. Fac.

(To the Clerk)
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

letter not copy sent to
Sylvie P. Snyder
Deputy Attorney General
110 West A. Street, Suite 1100
San Diego CA. 92101
P.O. Box. 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: August 19, 2008        Victor Parra
                             (DECLARANT/PRISONER)