PARRA VICTOR
CDC No. P-58682
P.O. Box. 799002
San Diego CA. 92179
In pro se



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VICTOR PARRA JR.
    Plaintiff
V.
R. HERNANDEZ, Warden, et.al.,
    Defendants

Case No. 08CV0191 H (CAB)

REQUEST FOR JUDICIAL NOTICE

    Plaintiff Victor Parra. Request the court take judicial Notice of Judicial decision Houston v. Lack, 487 U.S. 266, 273-76, 108 S.Ct. 2379 (1988) And Caldwell V. Amend, 30 F.3d 1199 (9th Cir. 1994) (discusing that Legal documents are file when they are turn in to prison officials for mailing).

    "A court shall take judicial notice if requested by a party and supplied with the necessary information" Fed.R. Evid 201(d) also see MGIC, Corp V. Weisman, 803 F.2d 500, 504 (9th Cir. 1986).

Dated August 19, 2008

Respectfully Submitted
Victor Parra
In pro se

1.

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

Case No. 08CV0191 H (CAB)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Victor Parra__ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE __Plaintiff__ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __19__ DAY OF: __August__ 2008 AT __Richard J. Donovan Corr. Fac. 480 Alta Road, San Diego CA. 92179-9002__

(SIGNATURE) __Victor Parra__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Victor Parra__ AM A RESIDENT OF __Richard J. Donovan Corr. Fac. San Diego__ County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX __799002, San Diego CA. 92179__

ON __August 19__ 2008 I SERVED THE FOREGOING: __Request for Judicial Notice__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT __Richard J. Donovan__

(To the Clerk)
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Letter About Copy
sent to
Sylvie P. Snyder
Deputy Attorney General
110 West A. Street, Suite 1100
San Diego CA. 92101
P.O. Box. 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __August 19, 2008__    __Victor Parra__
(DECLARANT/PRISONER)