# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA, JR.,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>R. HERNANDEZ, Warden, *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO. 08-CV-0191-H (CAB)<br><br>ORDER REGARDING PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION |

On July 30, 2008, the Court received a filing from Plaintiff captioned as a motion to alter or amend judgment. (Doc. No. 25, 27.) Since there was a pending report and recommendation, but no judgment entered, the Court construed Plaintiff's filing as an objection to the report and recommendation, and set a deadline for Defendants to file a reply. (Doc. No. 28.) Plaintiff now requests an extension of time. (Doc. Nos. 31-32.)

The Court denies the request for an extension of time. The Court continues to construe Plaintiff's previous filing as his objections to the report and recommendation. The government's reply deadline remains unchanged.

/ / /
/ / /
/ / /
/ / /
/ / /

1 | Plaintiff also submitted a request for judicial notice, asking the Court to take notice of certain case law. (Doc. No. 33.) The Court takes notice of the cited authority, but a formal request for judicial notice is not necessary. It is enough for Plaintiff to provide citations to cases he wants the Court to consider.

IT IS SO ORDERED.

DATED: August 25, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.