# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Victor Parra, Jr.

V.

R Hernandez, R Limon, W Liles, A L Cota, P. Cowan, CDCR

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08cv191-H(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants Defendants' motion to dismiss certain claims for failure to exhaust and grants Defendants' motion for summary judgment ...........................................................................................
............................................................................................................................................................................

| August 13, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON August 13, 2010